1  **DAVID M.C. PETERSON**
   California Bar No. Pending
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:   (619) 234-8467
4  Facsimile:   (619) 687-2666
   Email:       David_Peterson@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08MJ8102 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| MARIA MADGALENA GAMBOA-ALZAGA, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: February 6, 2008        */s/ DAVID M. C. PETERSON*
                               DAVID M.C. PETERSON
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Defendant
                               David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  February 6, 2008                              /s/ *DAVID M. C. PETERSON*
                                                      DAVID M.C. PETERSON
                                                      Federal Defenders of San Diego, Inc.
                                                      225 Broadway, Suite 900
                                                      San Diego, CA  92101-5030
                                                      (619) 234-8467  (tel)
                                                      (619) 687-2666  (fax)
                                                      David_Peterson@fd.org (email)